J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

S. Michael Kernan (SBN 181747)
*mkernan@kernanlaw.net*
The Kernan Law Firm
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California  90210
Telephone:  (310) 490-9777
Facsimile:   (310) 861-0503

Attorney for Defendant
Michael Hockspiel, an individual and d/b/a
MH SALES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> Michael Hockspiel, an individual and d/b/a as Amazon.com Seller MH SALES, and Does 1-10, inclusive, <br><br> Defendants. | Case No. CV12-9167 R (CWx) <br><br> CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Michael Hockspiel, an individual and d/b/a as Amazon.com Seller MH SALES ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

      b)     Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

      c)     Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)     Each side shall bear its own fees and costs of suit.

6)     Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)     This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)     The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)     The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)     The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)     This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:     August 21, 2013

_____
Hon. Manuel L. Real
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
        J. Andrew Coombs
        Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.

The Kernan Law Firm

By: _____
        S. Michael Kernan
Attorney for Defendant Michael Hockspiel, an individual and d/b/a MH SALES

# EXHIBIT A

# COPYRIGHT REGISTRATIONS

| Copyright Registration Number: | Title of Work: | Claimant of Work: |
|---|---|---|
| | Game Of Thrones: Season One | |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | Home Box Office, Inc. |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | Home Box Office, Inc. |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | Home Box Office, Inc. |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | Home Box Office, Inc. |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | Home Box Office, Inc. |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | Home Box Office, Inc. |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | Home Box Office, Inc. |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | Home Box Office, Inc. |
| PA 1-739-318 | GAME OF THRONES: Baelor | Home Box Office, Inc. |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | Home Box Office, Inc. |
| | THE VAMPIRE DIARIES: Season Three | |
| PA 1-806-075 | THE VAMPIRE DIARIES: The Birthday | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: The Hybrid | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: The End Of The Affair | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Disturbing Behavior | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: The Reckoning | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Smells Like Teen Spirit | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Ghost World | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Ordinary People | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Homecoming | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Application Pending | THE VAMPIRE DIARIES: The New Deal | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Our Town | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: The Ties That Bind | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Bringing Out The Dead | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Dangerous Liaisons | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: All My Children | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: 1912 | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Break On Through | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: The Murder Of One | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Heart Of Darkness | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Do Not Go Gentle | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Before Sunset | Warner Bros. Entertainment Inc. |
| PA 1-806-077 | THE VAMPIRE DIARIES: The Departed | Warner Bros. Entertainment Inc. |
| | DEADWOOD: Season One | |
| PA 1-227-680 | DEADWOOD: Deadwood | Home Box Office, Inc. |
| PA 1-231-791 | DEADWOOD: Deep Water | Home Box Office, Inc. |
| PA 1-231-792 | DEADWOOD: Reconnoitering The Rim | Home Box Office, Inc. |
| PA 1-227-640 | DEADWOOD: Here Was A Man | Home Box Office, Inc. |
| PA 1-227-633 | DEADWOOD: The Trial Of Jack McCall | Home Box Office, Inc. |
| PA 1-227-641 | DEADWOOD: Plague | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-232-758 | DEADWOOD: Bullock Returns To The Camp | Home Box Office, Inc. |
| PA 1-232-759 | DEADWOOD: Suffer The Little Children | Home Box Office, Inc. |
| PA 1-232-744 | DEADWOOD: No Other Sons Or Daughters | Home Box Office, Inc. |
| PA 1-232-740 | DEADWOOD: Mr. Wu | Home Box Office, Inc. |
| PA 1-233-007 | DEADWOOD: Jewels Boot Is Made For Walking | Home Box Office, Inc. |
| PA 1-233-008 | DEADWOOD: Sold Under Sin | Home Box Office, Inc. |
| | DEADWOOD: Season Two | |
| PA 1-354-918 | DEADWOOD: A Lie Agreed Upon, Part I | Home Box Office, Inc. |
| PA 1-354-919 | DEADWOOD: A Lie Agreed Upon, Part II | Home Box Office, Inc. |
| PA 1-272-613 | DEADWOOD: New Money | Home Box Office, Inc. |
| PA 1-272-614 | DEADWOOD: Requiem For A Gleet | Home Box Office, Inc. |
| PA 1-274-760 | DEADWOOD: Complications | Home Box Office, Inc. |
| PA 1-274-767 | DEADWOOD: Something Very Expensive | Home Box Office, Inc. |
| PA 1-274-768 | DEADWOOD: E. B. Was Left Out | Home Box Office, Inc. |
| PA 1-280-307 | DEADWOOD: Childish Things | Home Box Office, Inc. |
| PA 1-277-128 | DEADWOOD: Amalgamation And Capital | Home Box Office, Inc. |
| PA 1-275-223 | DEADWOOD: Advances None Miraculous | Home Box Office, Inc. |
| PA 1-275-224 | DEADWOOD: The Whores Can Come | Home Box Office, Inc. |
| PA 1-275-225 | DEADWOOD: Boy The Earth Talks-To | Home Box Office, Inc. |

|  | DEADWOOD: Season Three |  |
|---|---|---|
| PA 1-324-821 | DEADWOOD: Tell Your God To Ready For Blood | Home Box Office, Inc. |
| PA 1-324-841 | DEADWOOD: I Am Not The Fine Man You Take Me For | Home Box Office, Inc. |
| PA 1-324-842 | DEADWOOD: True Colors | Home Box Office, Inc. |
| PA 1-325-040 | DEADWOOD: Full Faith And Credit | Home Box Office, Inc. |
| PA 1-325-041 | DEADWOOD: A Two Headed Beast | Home Box Office, Inc. |
| PA 1-325-042 | DEADWOOD: A Rich Find | Home Box Office, Inc. |
| PA 1-325-043 | DEADWOOD: Unauthorized Cinnamon | Home Box Office, Inc. |
| PA 1-340-844 | DEADWOOD: Leviathan Smiles | Home Box Office, Inc. |
| PA 1-340-840 | DEADWOOD: Amateur Night | Home Box Office, Inc. |
| PA 1-353-510 | DEADWOOD: A Constant Throb | Home Box Office, Inc. |
| PA 1-353-507 | DEADWOOD: The Catbird Sear | Home Box Office, Inc. |
| PA 1-261-131 | DEADWOOD: Tell Him Something Pretty | Home Box Office, Inc. |